IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

v.

ROBERT D. WILSON, Individually and d/b/a Tahoe Queen Motel; HOLLY G. WILSON, Individually and d/b/a Tahoe Queen Motel,

    Defendants.
_____/

No. 2:10-cv-01736 GEB KJN PS

ORDER TO SHOW CAUSE

        A Status (Pretrial Scheduling) Conference in this case was scheduled to take place before the undersigned on January 13, 2011. (Dkt. No. 11.) Although defendants had been appearing pro se in this matter for some time and had failed to file a status report in advance of the status conference, the parties filed a joint status report on January 12, 2011, which indicated that defendants had retained counsel.[1] (Dkt. No. 14.) Because defendants are now represented by counsel, following the status conference the undersigned referred this case back to the assigned United States District Judge, except for those matters listed in Local Rule 302(c), by

---

[1] Plaintiff has diligently filed multiple status reports in this case and has indicated his efforts to have defendants comply with the court's orders and rules. (Dkt. Nos. 9, 12.)

1

separate order.  Regardless of this referral, the undersigned held the status conference on January 13, 2011, to discuss issues including the referral of this matter due to defendants' retention of counsel.  Defendants and their counsel failed to appear and provided no reason for such failure.[2]

Accordingly, IT IS HEREBY ORDERED that defendants shall show cause in writing, on or before January 21, 2011, why they or their counsel failed to appear at the status conference on January 13, 2011.  Defendants and their counsel are reminded that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  E. Dist. Local Rule 110.

IT IS SO ORDERED.

DATED: January 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff was gracious about defendants' failure to appear at the status conference.  Plaintiff indicated at the status conference that defendants' counsel might have believed that he was not required to attend the status conference because the parties filed a joint status report on January 12, 2011.  Defendants' counsel is mistaken in this regard, and the undersigned would prefer to hear defendants' counsel's reasons for his failure to appear.