IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,                      No. 2:10-cv-01736 GEB KJN PS

     v.

ROBERT D. WILSON, Individually and d/b/a Tahoe Queen Motel; HOLLY G. WILSON, Individually and d/b/a Tahoe Queen Motel,

     Defendants.               <u>ORDER</u>

_____/

         This matter was referred to the undersigned for pretrial management because defendants were, until recently, proceeding without counsel.  (<u>See</u> Dkt. No. 10.)  On January 12, 2011, the day before the Status (Pretrial Scheduling) Conference scheduled in this case, the parties informed the court that defendants are now represented by counsel.[1]  Because defendants are represented by counsel, pretrial matters, other than discovery motions and other referred

---

[1] Given the late notice provided by defendants regarding the retention of counsel, the undersigned conducted a brief status conference on January 13, 2011, addressing defendants' retention of counsel and advising the parties that this would be referred back to the United States District Judge assigned to this action.  Defendant's counsel failed to appear at the hearing, which failure will be addressed in a separate order.

1

matters listed in the court's Local Rules, should now be noticed before the United States District Judge assigned to this action.  See Eastern District Local Rule 302(c)(21).

        Accordingly, it is hereby ORDERED that:

        1.    This matter is referred back to the United States District Judge assigned to this action.  E. Dist. Local Rule 302(c)(21).

        2.    All dates pending before the undersigned are vacated.

        3.    Henceforth the caption on documents filed in this action shall be No. 2:10-cv-01736 GEB KJN.

        IT IS SO ORDERED.

DATED:  January 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE