IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

v.

ROBERT D. WILSON, Individually and d/b/a Tahoe Queen Motel; HOLLY G. WILSON, Individually and d/b/a Tahoe Queen Motel,

    Defendants.

No. 2:10-cv-01736 GEB KJN

ORDER

_____/

    On January 13, 2011, the undersigned conducted a Status (Pretrial Scheduling) Conference in this case.[1] Although defendants' recently retained counsel assisted plaintiff in the filing of a joint status report on the eve of the status conference, neither defendants nor their counsel appeared at the status conference. Thus, the undersigned entered an order to show cause (the "OSC") requiring defendants to file a writing addressing why defendants and their counsel failed to appear at the status conference on January 13, 2011. (Order, Jan. 14, 2011, Dkt. No. 16.)

---

[1] This matter was ultimately referred back to the assigned United States District Judge. (See Order, Jan. 14, 2011, Dkt. No. 17.)

1

1  On January 18, 2011, defendants filed a timely response to the OSC. (Dkt. No. 19.) The response to the OSC reflects that defendant Robert Wilson was unable to attend the status conference due to illness; it does not speak to Holly Wilson's absence. Additionally, the response indicates that defendants' counsel ultimately failed to appear as a result of a misunderstanding in defendants' counsel's office.

Based on the representations in defendants' response to the OSC, IT IS HEREBY ORDERED that the OSC entered on January 14, 2011, is discharged.

IT IS SO ORDERED.

DATED: January 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE